

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00282-CV

**IN THE INTEREST OF A.P.**, D.P., J.P., Children

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1796-CV-A
Honorable Jessica Crawford, Judge Presiding

Opinion by:     Rebeca C. Martinez, Justice

Sitting:        Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: November 21, 2018

AFFIRMED

Appellant appeals the trial court's order terminating her parental rights to her children, A.P., D.P., and J.P. Appellant's court-appointed counsel filed a motion to withdraw and a brief containing a professional evaluation of the record and concluding there are no arguable grounds for reversal of the termination order. The brief satisfies the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (recognizing that *Anders* procedures apply in parental termination cases). Additionally, counsel represents that he provided appellant with a copy of the brief and the motion, advised appellant of her right to review the record and file her own brief, and informed appellant how to obtain a copy of the record. We issued an order setting deadlines for appellant to request the record and file a pro se brief. Appellant did not request the record or file a pro se brief, but did file a letter.

After reviewing the record, counsel's brief, and appellant's letter, we conclude no plausible grounds exist for reversal of the termination order. Therefore, we affirm the trial court's termination order. However, because counsel does not assert any ground for withdrawal other than his conclusion that the appeal is frivolous, we deny counsel's motion to withdraw. *See id.* at 27-28 (holding that counsel's obligations in parental termination cases extend through the exhaustion or waiver of all appeals, including the filing of a petition for review in the Texas Supreme Court).

Rebeca C. Martinez, Justice